IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SADIE BRADLEY                                                                PLAINTIFF

VS.                                                        CIVIL ACTION NO. 4:06cv103TSL-JCS

USAA CASUALTY INSURANCE COMPANY                         DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came before the court upon the plaintiff's motion to dismiss without prejudice, and the court having been advised that defendant has no objection thereto,

IT IS HEREBY ORDERED that the above-entitled action be and the same is hereby dismissed without prejudice.

This the 23rd day of October, 2006.

/S/Tom S. Lee
UNITED STATES DISTRICT JUDGE